USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE APR 1 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

MARLOW WHITE,

                         Plaintiff,

        -against-

BARRIER FREE LIVING INC.,

                      Defendant.

------------------------------------ x

                     :            ORDER

                     :       21 Civ. 407 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for April 14, 2021 is adjourned to May 19, 2021 at 9:30

a.m.

Dated: New York, New York
       April 1, 2021

                             SO ORDERED.

                             _George B Daniels_

                             GEORGE B. DANIELS
                             United States District Judge