**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MARLOW WHITE

                Plaintiff,

    -against-                                   ORDER

BARRIER FREE LIVING INC,           21 Civ. 00407 (GBD)

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Defendant's request to extend the deadline to answer or otherwise respond to Plaintiff's complaint to May 3, 2021 (ECF No. 14) is GRANTED.

Dated: April 12, 2021
      New York, New York

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge