UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MARLOW WHITE,

                    Plaintiff,

    -against-

BARRIER FREE LIVING.,

                    Defendant.

------------------------------------X

ORDER

21 Civ. 407 (GBD)

GEORGE B. DANIELS, District Judge:

The parties' request to stay the above-captioned action pending arbitration between the parties before the American Arbitration Association, (ECF No. 16), is GRANTED.

All conferences previously scheduled are adjourned *sine die* and this action is placed on the suspense docket.

Dated: May 17, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE